United States District Court
Southern District of Texas
**ENTERED**
September 01, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GIOVANI NKEM NZEAFACK, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-06634 |
| | § | |
| MARTIN FRINK, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

The petitioner, Giovani Nken Nzeafack, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") officials. Petitioner filed this petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging his detention. Doc. No. 1.

This pleading appears to be identical to another habeas petition the petitioner recently filed, seeking the same relief regarding the same immigration detention. *See Nzeafack v. Frink, et al.*, Civ. A. No. 4:26-cv-6577 (S.D. Tex. filed Aug. 12, 2026).

It does not appear from the pleadings that the petitioner intended to file two nearly identical petitions. Because the present case duplicates another case the petitioner recently filed, the Court concludes that this action must be dismissed without prejudice as improvidently filed.

Accordingly, the Court **ORDERS** as follows:

1. Petitioner's instant petition (Civil No. 4:26-cv-6634) is **DISMISSED WITHOUT PREJUDICE** as duplicative of Civil No. 4:26-cv-6577.
2. All future filings regarding Petitioner's claims in Civil No. 4:26-cv-6634 should be **filed only in Civil No. 4:26-cv-6577 and not in Civil No. 4:26-cv-6634**.
3. All pending motions, if any, are **DENIED as MOOT**.
4. This case (Civ. No. 4:26-cv-6634) is **CLOSED**.

The Clerk shall send a copy of this Order to the parties.

SIGNED this 28th day of August 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE